JS6

NOTE CHANGES MADE BY THE COURT

**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Lawrence A. Tabb (State Bar No. 141471)
 l.tabb@musickpeeler.com
Jennifer M. Kokes (State Bar No. 210261)
 j.kokes@musickpeeler.com

Attorneys for Plaintiff
FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY F/K/A METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY F/K/A METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS PEREZ,<br><br>Defendant. | Case No. 2:21-CV-08807-RGK-JEM<br><br>[PROPOSED] **JUDGMENT IN FAVOR OF FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY F/K/A METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY** [17] |

This Court, having granted Plaintiff FARMERS DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY F/K/A METROPOLITAN DIRECT PROPERTY AND CASUALTY INSURANCE COMPANY's ("Farmers Direct") Motion for Default Judgment against Defendant Dennis Perez ("Perez") on February 17, 2022 [Dkt. 16], hereby enters judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREE THAT, pursuant to Federal Rule of Civil Procedure 55(b) and Local Rule 55-1, judgment is entered in favor of Farmers Direct against Defendant Perez on account of the claims pleaded in

**MUSICK, PEELER & GARRETT LLP**

1543078.1

[PROPOSED] JUDGMENT

the Complaint, to wit:

- **As to the First Cause of Action for Declaratory Relief (No Duty to Defend or Indemnify)**: A declaratory judgment that Farmers Direct fully satisfied its express and implied duties under Auto Insurance Policy No. 7243436760 (the "Policy"), that it owes no continuing duty to defend and owes no duty to indemnify Defendant Perez in connection with the underlying action styled *Victor Montez, et al. v. Dennis Perez, et al.*, Los Angeles County Superior Court, Case No. MC027758 (the "Personal Injury Action") because Perez's breach of the Policy's Cooperation Clause excuses further performance by Farmers Direct and that such declaration be binding against Defendant Perez, and all other parties that may have claims arising out of the same operative facts;

- ~~**As to the Second Cause of Action for Breach of Contract**: Judgment in favor of Farmers Direct that Farmers Direct fully satisfied its express and implied duties under the Policy, that Defendant Perez breached the Policy's Cooperation Clause by failing to cooperate and/or meaningfully participate in his defense in the Personal Injury Action, that said breach has caused substantial prejudice to Farmers Direct and, as a result, Farmers Direct owes no continuing duty to defend Defendant Perez and owes no duty to indemnify Defendant Perez in the Personal Injury Action.~~

**IT IS SO ORDERED.**

DATED: __February 23__, 2022

_____
R. Gary Klausner